IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00135-PAB-KLM

AMEC EARTH AND ENVIRONMENTAL, INC., a Nevada corporation,

    Plaintiff,

v.

SOLSOURCE ENERGY SOLUTIONS, LLC, a Colorado limited liability corporation, and JEFFREY R. SCOTT, as an individual and resident of Colorado,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Motion to Modify Amended Scheduling Order** [Docket No. 40; Filed September 1, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for Plaintiff's failure to comply fully with D.C.COLO.LCivR 7.1A. Plaintiff provides insufficient information regarding its efforts to comply. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 635-36 (D. Colo. 2003) (Rule 7.1A requires "meaningful negotiations" by the parties; "[t]he rule is not satisfied by one party sending a single e-mail [, letter, or voice message] to another party").

The Motion is further subject to denial for Plaintiff's failure to comply with D.C.COLO.LCivR 6.1D, which prescribes that any motion for extension of time shall "state a date certain for the requested extension of time."

Dated: September 2, 2011